# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JEFFERY DUNN and ANNA DUNN, :
individually, collectively and
t/d/b/a JD CUSTOM POOLS, INC.,  :   CIVIL ACTION NO. 3:11-0976

      Plaintiffs  :
                              (JUDGE MANNION)

      v.  :

SCOTTSDALE INSURANCE  :
COMPANY,
                            :
      Defendant
                            :

## ORDER

Presently before the court is the defendant's motion for summary judgment, (Doc. No. 22). For the reasons stated in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion is **GRANTED** with respect to Count II of the Complaint, alleging violations of Pennsylvania's bad faith statute, 42 Pa.C.S. §8371;

**(2)** In all other respects, the motion is **DENIED**.

                                              s/ *Malachy E. Mannion*
                                          **MALACHY E. MANNION**
                                          **United States District Judge**

**DATED: August 1, 2013**